**Marvin Lee HARGE, Petitioner–Appellant,**

v.

**James SAFFLE, Director, Respondent–Appellee.**

No. 01–6306.

United States Court of Appeals, Tenth Circuit.

Dec. 21, 2001.

Before SEYMOUR and McKAY, Circuit Judges, and BRORBY, Senior Circuit Judge.

ORDER AND JUDGMENT *

McKAY, Circuit Judge.

After examining the briefs and the appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

This is a petition for habeas corpus by a state prisoner. The magistrate judge wrote an extensive recommendation that the petition be denied. After de novo review, the trial court entered a carefully written order denying relief. The trial court did not act on the request for a certificate of appealability. Under our rules, it is considered denied. The request has been renewed on appeal.

Our review of the briefs, orders, and the record reveal no error in the trial court's order or the magistrate judge's recommen- dation to which the trial court made some references. None of Appellant's objections thereto meet our oft stated standards for the issuance of a certificate of appealability. *See Slack v. McDaniel,* 529 U.S. 473, 474, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000). Mr. Harge has not made a substantial showing of a denial of a federal right. He has raised no arguments which require further proceedings or that are debatable among jurists of reason. *See id.*

The motion to proceed in forma pauperis is GRANTED. We DENY Mr. Harge's request for a certificate of appealability and DISMISS the appeal.

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

